KEITH M. WHITE #188536
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Defendants, SHERRY SCHWAN dba SCHWAN'S COMPANY; DENNIS V. SCHWAN, Trustee of THE SCHWAN FAMILY TRUST, Dated 4-29-2005 and dba SCHWAN'S COMPANY; MARTHA J. SCHWAN, Trustee of THE SCHWAN FAMILY TRUST, Dated 4-29-2005

TANYA E. MOORE #206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, CA  95112
Telephone:  (408) 298-2000
Facsimile:  (408) 298-6046

Attorneys for Plaintiff, JOSE ACOSTA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SHERRY SCHWAN dba SCHWAN'S COMPANY; DENNIS V. SCHWAN, Trustee of THE SCHWAN FAMILY TRUST, Dated 4-29-2005 and dba SCHWAN'S COMPANY; MARTHA J. SCHWAN, Trustee of THE SCHWAN FAMILY TRUST, DATED 4-29-2005,<br><br>　　　　　Defendants. | NO.  1:16-CV-00032-EPG<br><br>**FIRST STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER**<br><br>Current Resp. Date:　February 4, 2016<br>　　　　　　　　　　February 9, 2016<br>　　　　　　　　　　February 22, 2016<br>New Response Date:　March 18, 2016<br>Scheduling Conf.:　April 14, 2016 |

　　　　Plaintiff, JOSE ACOSTA ("Plaintiff") and Defendants, SHERRY SCHWAN dba SCHWAN'S COMPANY; DENNIS V. SCHWAN, Trustee of THE SCHWAN FAMILY TRUST, Dated 4-29-2005 and dba SCHWAN'S COMPANY; MARTHA J. SCHWAN, Trustee of THE SCHWAN FAMILY TRUST, Dated 4-29-2005 ("Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

1

[F:\Clients\13799\Schwan\Stip&OrderToExtend]

WHEREAS, the responsive pleading of Defendant SHERRY SCHWAN dba SCHWAN'S COMPANY is due on February 4, 2016;

WHEREAS, the responsive pleading of Defendant DENNIS V. SCHWAN, Trustee of THE SCHWAN FAMILY TRUST, Dated 4-29-2005, and dba SCHWAN'S COMPANY, is due on February 9, 2016;

WHEREAS, the responsive pleading of Defendant MARTHA J. SCHWAN, Trustee of THE SCHWAN FAMILY TRUST, Dated 4-29-2005, is due on February 22, 2016;

WHEREAS, there have been no previous requests to extend time;

WHEREAS, Plaintiff and Defendants wish additional time to attempt resolution of this matter without incurring fees and costs associated with filing responsive pleadings;

WHEREAS, the extension granted in this Stipulation will not affect or change any of the currently scheduled Court dates in this case.

NOW, THEREFORE, Plaintiff, through his attorney of record, and Defendants, through their attorney of record, hereby stipulate as follows:

1. That Defendants' time to respond to the Complaint is extended to March 18, 2016, which extension exceeds 21 days from the initial deadline.

Dated: February 2, 2016           COLEMAN & HOROWITT, LLP

By:____*/s/ Keith M. White*_____
KEITH M. WHITE
Attorneys for Defendants,
SHERRY SCHWAN dba SCHWAN'S COMPANY; DENNIS V. SCHWAN, Trustee of THE SCHWAN FAMILY TRUST, Dated 4-29-2005 and dba SCHWAN'S COMPANY; MARTHA J. SCHWAN, Trustee of THE SCHWAN FAMILY TRUST, Dated 4-29-2005

[Signatures continued on next page]

///

///

Dated: February 2, 2016              MOORE LAW FIRM, P.C.


By: ___*/s/ Tanya E. Moore*_____
    TANYA E. MOORE
    Attorneys for Plaintiff,
    JOSE ACOSTA

**ORDER**

The parties having so stipulated and good cause appearing, it is hereby ordered that Defendants shall file their responsive pleadings no later than **March 18, 2016**.

IT IS SO ORDERED.

Dated:  **February 4, 2016**              /s/ Erica P. Grosjean
    UNITED STATES MAGISTRATE JUDGE

[F:\Clients\13799\Schwan\Stip&OrderToExtend]